UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:20-cr-7-02-LM |
| ) | |
| Jason "Jay" Martin ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 22nd day of January, 2020.

This 22nd day of January, 2020.

SCOTT W. MURRAY
United States Attorney

/s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney

WARRANT ISSUED: _____