AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of New Hampshire



United States of America
v.
Jason "Jay" Martin

*Defendant*

Case No. 20-cr-07-0X|02-LM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jason "Jay" Martin ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2(a); 21 U.S.C. 841(a)(1)&(b)(1)(C) - Distribution of Controlled Substance
21 U.S.C. 841(a)(1)&(b)(1)(C) - Distribution of Controlled Substance

Date: 1/23/2020

_Kathy DuPont_
*Issuing officer's signature*

City and state: Concord, New Hampshire

_Kathy DuPont, Deputy Clerk_
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1/24/20
at *(city and state)* Keene, NH .

Date: 1/24/20

_Benjamin Stern, Special Agent_
*Arresting officer's signature*

*Printed name and title*

