Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Jason Martin
Defendant

Case Number: 1:20CR00007-2-LM

I, <u>Jason Martin</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 8/12/2022

_[signature]_
Defendant

8/12/2022

_[signature]_
Defense Counsel

cc: Defendant
 U.S. Attorney
 U.S. Marshal
 U.S. Probation
 Defense Counsel

USDCNH-103 (10-14)